BENJAMIN B. WAGNER
United States Attorney
JARED C. DOLAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2767



**FILED**

JAN 10 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-CR-0006 KJM |
| Plaintiff, | **ORDER TO SEAL** |
| v. | **(Under Seal)** |
| JIT KAUR, AVTAR KAUR BAINS, DALJIT KAUR SANGHA, MO PEGANY a.k.A. MOHINDER PEGANY, BALKAR SINGH, HARVINDER KAUR, HARJINDER KAUR THANDI, SUKHWINDER KAUR, and DARSHANA RANI | |
| Defendants. | |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Jared C. Dolan to seal the indictment, and this Order, in the above-referenced case, shall be sealed until further order of this Court.

DATED: January 10, 2013

_____
ALLISON CLAIRE
United States Magistrate Judge