**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
331 J Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 443-0217
Email: LawOffice.mbigelow@gmail.com

Attorney for Defendant
Harvinder Kaur

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:13-cr-0006 MCE |
| Plaintiff, ) | WAIVER OF PERSONAL PRESENCE |
| vs. ) | |
| HARVINDER KAUR ) | |
| Defendant ) | |

Pursuant to Fed.R.Crim.P. 43, Defendant, Harvinder Kaur, hereby waives the right to be present in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the Court before or after trial, except upon arraignment, plea, empanelment of jury and imposition of sentence. Defendant Harvinder Kaur hereby requests the Court to proceed during every absence of the defendant which the Court may permit pursuant to this waiver; agrees that defendant's

-1-

interest will be deemed represented at all times by the presence of defendant's attorney, the same as if defendant were personally present; and further agrees to be present in person in court ready for trial any day and hour the Court may fix in defendant's absence.

Defendant Kaur further acknowledges that he has been informed of her rights under Title 18 U.S.C. 3161-3174 of the Speedy Trial Act and authorizes her counsel to set times and delays under the Act without her being present.

DATED: January 27, 2014          I consent to the above waiver of
                                 personal appearance.

                                 /s/Harvinder Kaur
                                 HARVINDER KAUR
                                 Defendant

DATED: January 27, 2014          I agree to the above waiver of
                                 personal appearance.

                                 /s/Michael B. Bigelow
                                 MICHAEL B. BIGELOW

**ORDER**

I approve the above waiver of personal appearance.

Dated:  January 27, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT