BENJAMIN B. WAGNER
United States Attorney
JARED C. DOLAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>AVTAR BAINS, BALKAR SINGH, HARVINDER KAUR, SUKHWINDER KAUR,<br><br>                    Defendants. | CASE NO. 2:13-CR-0006 MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: May 22, 2014<br>TIME: 9:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

1.  By previous order, this matter was set for status on May 22, 2014.

2.  By this stipulation, defendants now move to continue the status conference until June 19, 2014, and to exclude time between May 22, 2014, and June 19, 2014, under Local Code T4.

3.  The parties agree and stipulate, and request that the Court find the following:

    a)  The government has represented that the discovery associated with this case includes investigative reports and related documents from three multiple investigative agencies as well as both bank records and evidence recovered during the execution of multiple search warrants. All of this discovery has been either produced directly to counsel or made available for inspection and copying.

    b)  Counsel for defendants desire additional time to inspect the evidence, conduct

STIPULATION RE: SPEEDY TRIAL ACT; [PROPOSED]
FINDINGS AND ORDER

1

investigation, and discuss potential resolution with their clients and the government.

      c)      Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      The government does not object to the continuance.

      e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 22, 2014 to June 19, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: May 20, 2014                                    BENJAMIN B. WAGNER  
                                                              United States Attorney

                                                              /s/ JARED C. DOLAN  
                                                              JARED C. DOLAN  
                                                               Assistant United States Attorney

Dated: May 20, 2014                                    /s/ DAVID FISCHER  
                                                               DAVID FISCHER  
                                                               Counsel for Defendant  
                                                               AVTAR BAINS

Dated: May 20, 2014                            /s/ DWIGHT SAMUEL
                                               DWIGHT SAMUEL
                                               Counsel for Defendant
                                               BALKAR SINGH

Dated: May 20, 2014                            /s/ MICHAEL BIGELOW
                                               MICHAEL BIGELOW
                                               Counsel for Defendant
                                               HARVINDER KAUR

Dated: May 20, 2014                            /s/ STANLEY KUBOCHI
                                               STANLEY KUBOCHI
                                               Counsel for Defendant
                                               SUKHWINDER KAUR

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: May 21, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT