Dwight M. Samuel (SBN 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
(916) 447-1193, DwightSamuelatty@yahoo.com

Attorney for Defendant
BALKAR SINGH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BALKAR SINGH, et, al.,<br><br>    Defendants. | No. 2:13-cr-0006 MCE<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |

    Defendant BALKAR SINGH, by and through his counsel of record, Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

    1. The Court previously continued this matter to November 6, 2014.

    2. By this stipulation, defendants now move to continue the status conference until December 4, 2014, and to exclude time between November 6, 2014, and December 4, 2014, at 9:00 AM, under Local Code T4.

    3. The parties agree and stipulate, and request that the Court find the following:

        A. Presently there are four defendant's remaining.

        B. Each of the four defendants is engaged in significant plea negotiations and it is anticipated that all defendants will enter pleas.

1

C. Defendant's are not english speakers and the number of Punjabi interpreters is limited.

D. Immigration issues are complex.

E. At least two of the defendant's must rely upon others for transportation to Sacramento.

4. All parties believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5. The government does not object to the continuance.

6. Base on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in trial within the original date prescribed by the Speedy Trial Act.

7. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 6, 2014 to December 4, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161 (h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant at speedy trial.

8. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: November 3, 2014                By: /s/ Dwight M Samuel
                                       DWIGHT SAMUEL

|   |   |
|---|---|
|   | Attorney for Defendant<br>BALKAR SINGH |
| Dated: November 3, 2014 | BENJAMIN WAGNER<br>United States Attorney<br> /s/ Dwight M Samuel for<br>JARED C. DOLAN<br>Assistant U.S. Attorney |
| Dated: November 3, 2014 |  /s/   Dwight M Samuel for<br>MICHAEL BIGELOW<br>Attorney for Defendant<br>HARVINDER KAUR |
| Dated: November 3, 2014 |  /s/   Dwight M Samuel for<br>A. STANLEY KUBOCHI<br>Attorney for Defendant<br>SUKHWINDER KAUR |
| Dated: November 3, 2014 |  /s/   Dwight M Samuel for<br>DAVID DELMER FISCHER<br>Attorney for Defendant<br>AVTAR KAUR BAINS |

## ORDER

For the reasons set forth in the foregoing Stipulation of Counsel, IT IS ORDERED THAT:

The Status Conference now set for November 6, 2014, at 9:00 a.m. is VACATED, and the above-captioned matter is set for Status Conference on December 4, 2014, at 9:00 a.m.

The Court finds excludable time in this matter through December 4, 2014, under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court further finds that the interest of justice served by granting the request

outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4.

    IT IS SO ORDERED.

Dated:  November 4, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT