DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
DwightSamuelAtty@Yahoo.com
(916) 447-1193

Attorney for Defendant
BALKAR SINGH
And
Michael Bigelow
Attorney for Defendant
HARVINDER KAUR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>BALKAR SINGH,<br>HARVINDER KAUR<br><br>    Defendants. | No.  13-006 MCE<br><br>**UNOPPOSED MOTION FOR RETURN OF DEFENDANT'S PASSPORT IN THE CUSTODY OF THE CLERK OF THE COURT AND ORDER** |

IT IS UNOPPOSED by the Plaintiff, UNITED STATES OF AMERICA, through its counsel, Jared Dolan, Assistant United States Attorney, that the Court issue an order for the return of the defendant Balkar Singh and his wife and co-defendant Harvinder Kaur's passports to defense counsel Dwight M Samuel and Michael Bigelow respectively. Both

1

defendant's passports are in the possession of the Clerk of the Court for the Eastern District of California.

On January 15, 2013, defendant Balkar Singh and his co defendant and wife Harvinder Kaur made their initial appearances before then Magistrate Judge Dale A. Drozd. Both were ordered released on a $25,000 unsecured bond with pretrial supervision and conditions (Dkt No. 17 and 20)

On January 18, 2013, the Court received the passports of both Balkar Singh. (Dkt. No. 40-41) and Harvinder Kaur (Dkt. No. 43-44)

On November 19, 2015, both defendant's were sentenced to 36 months probation.

Due to both defendant's making all appearances and now have been sentenced, the defendants requests that the Court order the Clerk of the Court for the Eastern District of California to return both Balkar Singh and Harvinder Kaur's passports to there respective defense counsel, so that each counsel can arrange to return the passports to their respective client.

Respectfully submitted,

Date: December 28, 2015        /s/ Dwight M. Samuel
                               Dwight M. Samuel
                               Attorney for Defendant
                               Balkar Singh

Date: December 28, 2015        /s/ Michael Bigelow authorized 12-28-15
                               Attorney for Defendant
                               Harvinder Kaur

Date: December 28, 2015        /s/ Jared Dolan authorized 12-28-15
                               Assistant U.S. Attorney
                               Paul Hemesath

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety and it is so order.

IT IS SO ORDERED.

Dated: January 11, 2016

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT